IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARLENE LYNN ROTH, ) | CIVIL NO.  07-00045 JMS/BMK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER ADOPTING AND |
| vs. ) | CLARIFYING ORDER ENTERING |
| ) | DEFAULT AGAINST MERIDIAN |
| MERIDIAN FINANCIAL ) | UNDERWRITERS, INC., AND |
| NETWORK, INC., ET AL., ) | RECOMMENDATION THAT |
| ) | COUNTERCLAIMS AND |
| Defendants. ) | CROSSCLAIMS OF MERIDIAN |
| _____ ) | UNDERWRITERS, INC. BE |
| MERIDIAN FINANCIAL ) | DISMISSED |
| NETWORK, INC., et al., ) | |
| ) | |
| Counterclaimants/ ) | |
| Cross-Claimants, ) | |
| vs. ) | |
| ) | |
| MARLENE LYNN ROTH, ) | |
| ) | |
| Counterclaim ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| OPTION ONE MORTGAGE ) | |
| CORPORATION, ) | |
| ) | |
| Cross-Claim Defendant. ) | |
| _____ ) | |

| | |
|---|---|
| MERIDIAN FINANCIAL NETWORK, INC., et al., | ) ) ) |
| Third Party Plaintiffs, | ) ) |
| vs. | ) ) ) |
| 3M INVESTMENTS, INCORPORATED and EXPRESS HOME LOANS, LLC, | ) ) ) ) |
| Third Party Defendants. _____ | ) ) ) |

**ORDER ADOPTING AND CLARIFYING ORDER ENTERING DEFAULT AGAINST MERIDIAN UNDERWRITERS, INC., AND RECOMMENDATION THAT COUNTERCLAIMS AND CROSSCLAIMS OF MERIDIAN UNDERWRITERS, INC. BE DISMISSED**

Order Adopting Order Entering Default Against Meridian Underwriters, Inc., and Recommendation That Counterclaims and Crossclaims of Meridian Underwriters, Inc. Be Dismissed ("Findings and Recommendation") having been filed and served on all parties on March 3, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this court with the following clarification. To the extent the concluding paragraph of the Findings and Recommendation reverses the sequence of the ruling as set forth in its caption

2

and title, the final sentence should properly state:

"Accordingly, for failure to be represented by counsel, and for failure to appear as ordered, the court hereby ORDERS that default be entered against Meridian Underwriters in favor of Plaintiff, and FINDS & RECOMMENDS that the counterclaims and crossclaims of Meridian Underwriters be DISMISSED."

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 20, 2008.



/s/ J. Michael Seabright
J. Michael Seabright
United States District Judge

*Roth v. Meridian, et al.*, Civ. No. 07-00045 JMS/BMK; Order Adopting and Clarifying Order Entering Default Against Meridian Underwriters, Inc., And Recommendation That Counterclaims And Crossclaims of Meridian Underwriters, Inc. Be Dismissed